FILED

07/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0391

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0391

_____

TRACY FORTNER and MARCY FORTNER,

    Petitioners and Appellants,

  v.                                  O R D E R

BROADWATER CONSERVATION DISTRICT,

    Respondent and Appellee.

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 14 2021